634

372 A.2d 836
Commonwealth v. Goetter, Appellant.

Submitted June 14, 1976. John J. Kerrigan, Jr., and Stuckert, Yates & Krewson, for appellant; Eric J. Cox, Assistant District Attorney, and William T. Nicholas, District Attorney, for Commonwealth, appellee.

Order affirmed.

372 A.2d 836
Commonwealth v. Gulick, Appellant.

Submitted March 1, 1976. Donald B. Swope, and Noll, Swope, Stitley & Reed, for appellant; Richard H. Horn, First Assistant District Attorney, and Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.